UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | LA CV15-04157 JAK (PLAx) | Date | September 14, 2015 |
| Title | Daniel Silva v. AvalonBay Communities, Inc., et al. | | |

Present: The Honorable   JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE

| Andrea Keifer | Alex Joko |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Jill J. Parker | Michael S. Kun |

**Proceedings:** **DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT OR, ALTERNATIVELY, TO STRIKE CLAIMS FOR PENALTIES AND LIQUIDATED DAMAGES AND REQUESTS FOR INJUNCTIVE RELIEF (DKT. 9, 10)**

**PLAINTIFF'S MOTION TO REMAND (DKT. 14)**

The motion hearing is held. The Court states its tentative views that it is inclined to grant in part and deny in part Defendant's Motion to Dismiss Plaintiff's Class Action Complaint Or, in the Alternative, to Strike Claims for Penalties and Liquidated Damages and Requests for Injunctive Relief (the "Defendant's Motion") and deny Plaintiff's Motion to Remand (the "Plaintiff's Motion"). Counsel address the Court. The Court takes Defendant's Motion and Plaintiff's Motion UNDER SUBMISSION and will issue an order.

**IT IS SO ORDERED.**

|  | : | 34 |
|---|---|---|
| Initials of Preparer | ak | |